IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:10CR00055 JLH | |
| ANTHONY GENE MAYS | | DEFENDANT |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the motion of Anthony Gene Mays to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED. His motion is hereby dismissed with prejudice. Mays has not made a substantial showing of the denial of a constitutional right, so no certificate of appealability will issue.

IT IS SO ORDERED this 23rd day of September, 2011.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE