**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |

v.   NO. 4:10CR00055-01-JLH
     NO. 4:16CV00363-JLH

| | |
|---|---|
| ANTHONY GENE MAYS | DEFENDANT |

**ORDER**

Anthony Mays has filed a *pro se* motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and a motion to appoint counsel. For the reasons set out below, the motions are denied.

First, this is a successive habeas petition – his previous petition was denied on September 23, 2011 (Document #63). All successive § 2255 motions must be certified by the appropriate court of appeals before they are considered by this Court. Because defendant did not obtain certification from the Eighth Circuit Court of Appeals, his petition must be dismissed for lack of jurisdiction. *Boykin v. United States*, 242 F.3d 373 (8th Cir. 2000).

Second defendant was not sentenced based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, he was a career offender under U.S.S.G. § 4B1.1 because he had prior convictions for battery and residential burglary.

Accordingly, the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 and motion to appoint counsel are denied. Documents #84 and #82. No certificate of appealability will be issued.

IT IS SO ORDERED this 15th day of June, 2016.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE